The People of the State of Illinois, defendant in error, v. Charles Warren, plaintiff in error. Gen. No. 33,975.

Opinion filed April 22, 1930.
Louis Greenberg, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.
Mr. Justice Gridley delivered the opinion of the court.